UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HOWARD,<br><br>        Petitioner,<br><br>v.<br><br>M. ATCHLEY,<br><br>        Respondent. | Case No. 20-cv-01681-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/21/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge